UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EEOC,**

    **Plaintiff,**

v.                                                         **Case No.: 8:24-cv-2090-WFJ-AAS**

**RIVERS EDGE ENTERPRISES, LLC,**

    **Defendant.**
_____/

## **ORDER**

Defendant Rivers Edge Enterprises, LLC (REE) moves to compel a "better answer to interrogatory No. 14." (Doc. 32). Plaintiff Equal Employment Opportunity Commission (EEOC) responds in opposition. (Doc. 33).

This case concerns an alleged hostile work environment and retaliation against female employees at REE, a bar and restaurant in Gibsonton, Florida. (Doc. 1). EEOC requests, among other damages, "emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation[.]" (Doc. 1, p. 11). REE's interrogatory 14 reads:

> Please state whether Krystal Argila and/or Penelope Scott have received any medical examination or treatment (mental or physical), from January 1, 2020 to the present, including, without limitation, the name and address of each healthcare provider, the purpose of the examination or treatment, the dates of the examination or treatment, the nature of the care and treatment rendered by each healthcare provider, the expenses incurred for the examination or treatment (including the portion of expenses paid or to be paid by a third party or a medical insurance

1

healthcare plan), and whether they allege that such examination or treatment resulted from the allegations set forth in the Complaint.

(Doc. 32-2, pp. 15, 16).

EEOC objected to the form of the interrogatory as improperly including two discrete subparts and to the relevancy and scope of the interrogatory. (*Id.*). EEOC further answered the interrogatory without waiving objections that they are not aware of any medical examinations or treatment that either Ms. Argila or Ms. Scott underwent as a result of the allegations in the Complaint. (*Id.*). In response to REE's motion to compel, EEOC reiterated Ms. Argila and Ms. Scott "do not have any medical examination information arising from the allegations in the Complaint, and [Ms. Argila and Ms. Scott] will not be introducing any medical evidence or expert testimony concerning their claim for emotional distress." (Doc. 33, p. 1). Any other medical examination or treatment requested by REE in interrogatory 14 is overbroad and irrelevant to this case. Accordingly, REE's Motion to Compel (Doc. 32) is **DENIED**.

**ORDERED** in Tampa, Florida on July 23, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge