UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

       Plaintiff,

v.

RIVERS EDGE ENTERPRISES, LLC,
dba RIVER'S EDGE BAR AND GRILL,

       Defendant.

_____/

Case No.:8:24-cv-02090-WFJ-AAS

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITION OF ROBERT CREMEANS

Defendant, Rivers Edge Enterprises, LLC d/b/a River's Edge Bar and Grill ("Rivers Edge"), by and through undersigned counsel, hereby files its Motion for Protective Order as to the deposition of Robert Cremeans as follows:

### I.    Introduction

This is an employment discrimination case brought by the EEOC on behalf of two former servers, Krystal Argila and Penelope Scott, against River's Edge, a bar and restaurant on the Alafia River. Rivers Edge is owned by three brothers, Robert, Ronald, and Randall Cremeans.

On January 21, the EEOC noticed the deposition of Robert Cremeans for January 28, 2026. The deposition of Robert Cremeans was originally set for January 20, but was rescheduled due to Mr. Cremeans' medical condition.

On January 26, undersigned counsel learned from Robert Cremeans that he was suffering from a gastrointestinal medical condition and would be unable to attend the deposition on January 28th. Undersigned counsel contacted the EEOC attorneys who would not agree to reschedule Mr. Cremeans' deposition again.

## II.    Legal Standard

Rule 26(c)(1) provides that the Court may issue a protective order "for good cause shown" to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including by limiting a deposition or prescribing a different time or manner.

## III.    Robert Cremeans Medical Condition

Last Friday, January 23, Robert Cremeans went to the emergency room at St. Joseph's South due to nausea and vomiting. He underwent a CT scan, an ultrasound, had blood work, and other tests. He was referred for immediate treatment by a specialist, Jaime A. Baquero, M.D. a Gastroenterologist. On Sunday, January 25, Mr. Cremeans went to a walk-in clinic with a sore throat and coughing and was prescribed antibiotics.

On Monday, January 26, Mr. Cremeans was examined by Dr. Baquero and diagnosed with post-viral gastroparesis, a form of paralysis of the stomach muscle. Dr. Baquero ordered immediate surgery consisting of a colonoscopy and gastroscopy with possible biopsy. As of yesterday, it was not known when the

2

surgery would be scheduled, but earlier today Mr. Cremeans was notified that Dr. Baquero will do the procedures on February 4.

Mr. Cremeans continues to suffer from nausea, stomach pain, vomiting and has difficulty swallowing. He does not believe it is possible for him to attend the deposition on January 28 because of his medical condition.  He experiences dizziness from the nausea when standing. Mr. Cremeans also does not believe he is mentally coherent due to nausea and the medications. Defendant attaches the following medical records:

1. St. Joseph's South ER and discharge instructions 1/23/2026.

2. BayCare Urgent Care Visit 1/25/2026.

3. List of Medications.

4. Dr. Baquero 1/26/2026 Order Sheet and surgery request.

5. Dr. Baquero BayCare Procedure Instructions.

## IV.   Conclusion

For the foregoing reasons, River's Edge respectfully requests that the Court grant its motion to continue the deposition of Robert Cremeans currently set for January 28, 2026, due to his medical condition and the hardship that attendance would cause him.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2026 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Ronald W. Fraley
Ronald W. Fraley
Florida Bar No.: 0747025
The Fraley Firm, P.A.
412 East Madison Street, Suite 813
Tampa, FL  33602
rfraley@fraleylawfirm.com
Telephone: (813) 229-8300
Attorney for Defendant

CREMEANS, ROBERT -
1/23/2026 15:10 EST

# CREMEANS, ROBERT

FIN: 10602~~~~~
DOB: ~~~~1963
Visit Date: 01/23/2026

St. Joseph's Hospital - South
6901 Simmons Loop
Riverview, FL 33578
(813) 302-8000

## Emergency Department Discharge Instructions

### Your Care Team
Pedraza , Maurice APRN
Singh , Janu O DO

### Tests Performed

CBC with Differential

CMP

COVID 19 - Influenza A/B - RSV PCR

Lipase Level

Troponin hs 0hr

Urinalysis reflex Microscopy/Culture

CT Abdomen Pelvis w/ Cont

US Gallbladder Liver Pancreas

Pending results may take 3-7 days to be completed.

If you were instructed to follow up with a specialist, they can request a copy of your records and test results. If this referral cannot provide your follow-up care, please check with your primary care provider (PCP) or your insurance for an approved physician. For further assistance, call (877) 692-2922.

If you do not have a PCP, it's important to establish a relationship with a PCP to help oversee all aspects of your care. They get to know you, your medical history and your family health history. Building a long-term relationship with your PCP can mean major health benefits throughout your lifetime, including lower overall health care costs, a decrease in hospital and emergency room visits and better management of chronic

### Prescriptions

**PRESCRIPTIONS**
Publix #1523 Rivercrest Commons:11460 US Highway 301 S   Riverview   FL 335786170
Phone: (813) 671-9551
    **metoclopramide (Reglan 10 mg oral tablet)**
1 tablet(s) By Mouth every 6 hours (interval) as needed Nausea/Vomiting for 3 Day(s). Refills: 0.
    Next Dose: _____

    **sucralfate (Carafate 1 g oral tablet)** 1 tablet(s) By Mouth Four times a day for 10 Day(s). Refills: 0.
    Next Dose: _____

Thank You for choosing St. Joseph's Hospital-South
From The
*Emergency Department Team*





CREMEANS, ROBERT - 1~~0~~~~740651~~

**SCAN ME**

2. Membership in My-BayCare-Patient-Portal begins when you provide your email address during registration at a BayCare hospital, Emergency Department or outpatient facility. After registration, you will receive an email inviting you to enroll in My-BayCare-Patient-Portal. You have 30 days to visit the portal and set up your account.

# What to do next

## My Plan

Patient/responsible party indicates understanding and has been provided instructions.

## You Need to Schedule the Following Appointments

**Follow Up with** Cheeseman III, George R MD, Family Medicine
**When** Within 3 - 5 Days

**Where:** 7229 US Highway 301 S
Riverview, FL 33578-4346
(813) 677-8418

**Follow Up with** Baquero , Jaime A MD, Gastroenterology, Internal Medicine
**When** Within 3 - 5 Days

**Comments:** Call to arrange an appointment
**Where:** 10141 Big Bend Rd Ste 206
Riverview, FL 33578-7419
(813) 397-1274

## Vitals

**Temperature** 98.2 °F (Oral)  **Heart Rate** 80 (Pulse)  **Respiratory Rate** 18  **Blood Pressure** 141/79  **SpO2** 99%
**Height** 182.88 cm  **Height** 72 inch(es)  **Weight** 75 kg  **BMI** 22.4

## Laboratory Results

WBC: 5.3 th/uL
RBC: 4.99 mill/uL

Page 3 of7



CREMEANS, ROBERT -

# Vomiting (Adult)

Vomiting is a common symptom that may be due to different causes. These include gastroenteritis (stomach flu), food poisoning, and gastritis. Other more serious causes of vomiting may be hard to diagnose early in the illness. That's why it's important to watch for the warning signs listed below.

The main danger from repeated vomiting is dehydration. This is because of the loss of water and minerals from the body. When this occurs, your body fluids must be replaced.

**Home care**

- If symptoms are severe, rest at home for the next 24 hours.
- Because your symptoms may be from an infection, wash your hands often and well. Use soap and clean, running water or alcohol-based sanitizer to keep from spreading the infection to others.
- Wash your hands for at least 20 seconds. Scrub all surfaces of your hands, including between your fingers and under your fingernails each time you wash. Humming the Happy Birthday song twice while you wash is an easy way to make sure you've washed for 20 seconds.
- Wash your hands after using the toilet, before and after preparing food, before eating food, after changing a diaper, cleaning a wound, caring for a sick person, and blowing your nose, coughing, or sneezing. You should also wash your hands after caring for someone who is sick, touching pet food, or treats, and touching an animal, or animal waste.
- You may use acetaminophen or NSAID medicines such as ibuprofen or naproxen to control fever, unless another medicine was prescribed. Talk with your provider before using these medicines if you have chronic liver or kidney disease or ever had a stomach ulcer or digestive bleeding. Never give aspirin to anyone younger than 18 who is ill with a fever. It may cause severe liver damage. Don't use NSAID medicines if you are already taking one for another condition such as arthritis or take aspirin for heart disease or after a stroke.
- Don't use tobacco or drink alcohol. These may make your symptoms worse. If you have trouble stopping either substance, ask your provider for treatment resources.
- If medicines for vomiting were prescribed, take as directed. Tell your provider if they don't work within the expected time period.
- Once vomiting stops, then follow these guidelines:

During the first 12 to 24 hours, follow the diet below:

- Fruit juices. Apple, grape juice, clear fruit drinks, and electrolyte replacement drinks.
- Beverages. Water, soft drinks without caffeine; mineral water (plain or flavored), and decaffeinated tea and coffee.
- Soups. Clear broth and bouillon.
- Desserts. Plain gelatin, ice pops, and fruit juice bars. As you feel better, you may add 6 to 8 ounces of yogurt per day.

During the next 24 hours you may add the following to the above:

- Hot cereal, plain toast, bread, rolls, and crackers
- Plain noodles, rice, mashed potatoes, and chicken noodle or rice soup
- Unsweetened canned fruit such as applesauce, bananas. Don't have pineapple or citrus.
- Limit caffeine and chocolate. No spices or seasonings except salt.

During the next 24 hours:

Gradually go back to your normal diet, as you feel better and your symptoms lessen.

**Follow-up care**

Follow up with your healthcare provider as advised.

**When to seek medical advice**

Call your healthcare provider right away if any of these occur:

Page 6 of7



CREMEANS, ROBERT

- Constant right-sided lower belly pain or increasing general belly pain
- Continued vomiting (unable to keep liquids down) for 24 hours
- Vomiting blood or what looks like coffee grounds
- Swollen belly
- Frequent diarrhea (more than 5 times a day), or blood (red or black color) or mucus in diarrhea
- Peeing less than usual or extreme thirst
- Weakness, dizziness, or fainting
- Unusually drowsy or confused
- Fever of 100.4°F (38°C) oral or higher, or as directed by your provider
- Yellow color of the eyes or skin
- Other symptoms get worse or you have new symptoms

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## BayCare Emergency Services

BayCare Emergency Services would like to thank you for allowing us to assist with your healthcare needs. **PLEASE NOTE: The examination and treatment you received in the Emergency Department has been rendered on an emergency basis only.**
It is not intended to be a substitute for, or an effort to provide complete medical care.
CALL YOUR PRIVATE PHYSICIAN OR RETURN TO THE EMERGENCY DEPARTMENT IF YOUR SYMPTOMS WORSEN OR IF NO IMPROVEMENT IS NOTED.

## Financial Assistance

BayCare Health System is committed to meeting the health care needs of the communities we serve regardless of ability to pay or lack of Insurance. For information regarding eligibility for financial assistance with your medical expenses at a BayCare facility and the application process, visit BayCareFinancialAssistance.org or call 855-233-1555.

Page 7 of7



## Postviral Gastroparesis – Patient Information

### What is gastroparesis?

Gastroparesis means that the stomach empties food more slowly than normal. The stomach muscles and nerves are not working in a coordinated way, so food sits in the stomach longer than it should.

### What does "postviral" mean?

"Postviral" means that the problem started after a viral infection (such as a stomach virus, flu, COVID, or other viral illness). The virus can temporarily injure or inflame the nerves that control stomach movement, especially the vagus nerve.

In many patients, this improves over time as the nerves recover.

### Common symptoms

Symptoms vary but may include:

- Feeling full quickly after starting to eat
- Nausea or vomiting
- Bloating or abdominal discomfort
- Poor appetite
- Reflux or heartburn
- Weight loss in more severe cases

### Is it permanent?

Postviral gastroparesis is often **temporary**. Many patients gradually improve over months, and some fully recover. Recovery depends on how much nerve function returns.

### How is it treated?

*1. Diet (most important)*

Eating habits make a big difference:

CREMEANS, ROBERT - ~~[REDACTED]~~

1/25/2026 15:17 EST

## CREMEANS, ROBERT

BUC RIVERVIEW
10125 Big Bend Road
Riverview, FL 33578
(813) 605-3200
Fax: (813) 605-6088

FIN: ~~[REDACTED]~~
DOB: 11/16/1963
Visit Date: 01/25/2026

## BayCare Urgent Care Visit Instructions

### Your Diagnosis

Protracted URI
Nausea
Epigastric pain

### Today's Vitals

*If your Blood Pressure is greater than 140|90 today, please follow up with your Primary care Provider.
*If you do not have one, please call 1-800-BayCare or log on to BayCare.org

Temperature 97.9 °F (Oral)  Heart Rate 57 (Pulse)  Respiratory Rate 16  Blood Pressure 141/75  SpO2 99%
Height 182.88 cm  Height 72 inch(es)  Weight 165 lb  Weight 75 kg

### Your Care Team

**Admitting Physician -** BUCPROV , RVU
**Attending Physician -** BUCPROV , RVU
**PCP Lifetime -** Cheeseman III, George R MD

## What to do next

### Instructions From Your Provider    — H. Pylori, Upper GI scope

Call tomorrow and get an appointment with the GI specialist.  I would recommend that you go ahead and start the proton pump
inhibitor and I have prescribed that to the pharmacy for you.  Take the antibiotic and steroid medication with food as directed.
Make an appoint with your primary care provider for follow-up of your sinus issues.
Get plenty of rest.
Drink plenty of fluids to stay hydrated. Supplement with electrolytes (i.e. Gatorade, Pedialyte) if not eating much to prevent
dehydration.
Practice good hygiene (i.e. hand washing, cover mouth and nose when coughing/sneezing) to prevent spread of germs to others.

Page 1 of4



CREMEANS, ROBERT - ████████████

# Medications

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| New | amoxicillin-clavulanate (Augmentin 875 mg Oral) | 1 tablet (s) By Mouth | Twice a day | Protracted URI | Duration: 7 Day(s) Pickup at Publix #1032 Summerfield Xings |
| New | methylPREDNISolone (MethylPREDNISolone Dose Pack 4 mg oral tablet) | | See instructions | Protracted URI | as directed on package labeling<br><br>Pickup at Publix #1032 Summerfield Xings |
| New | pantoprazole (pantoprazole 20 mg oral delayed release tablet) | 2 tablet (s) By Mouth | Once a day | Nausea Epigastric pain | Pickup at Publix #1032 Summerfield Xings |
| Unchanged | metoclopramide (Reglan 10 mg oral tablet) | 1 tablet (s) By Mouth | Every 6 hours (interval) as needed for Nausea/Vomiting | | Duration: 3 Day(s) |
| Unchanged | sucralfate (Carafate 1 g oral tablet) | 1 tablet (s) By Mouth | Four times a day | | Duration: 10 Day(s) |

**Pharmacy Information**
Publix #1032 Summerfield Xings: 13154 US Highway 301 S Riverview, FL 335787410 (813) 741 - 0592

Page 3 of 4



ORDER SHEET

Order Entry D/T: 01/26/26 12:24 EST

Orders Entered By:  Baquero , Jaime A MD
Ordering Provider:  Baquero , Jaime A MD
Supervising Physician:

Chief Complaint:

Diagnosis Codes:

O  Np ofc or other outpt visit, typically 45 minutes,
01/26/26 12:24:00 EST, Nausea | Epigastric pain | Screening for colon cancer

O  Clinic Follow Up 6 weeks
01/26/26 12:24:00 EST, Nausea | Epigastric pain | Screening for colon cancer
Order comments: With Angela Bridges

O  Surgery Request
01/26/26 12:24:00 EST, EGD and colonoscopy, Nausea | Epigastric pain | Screening for colon cancer
Order comments: Gatorade prep

Pt. Name:  CREMEANS, ROBERT
D.O.B./Sex:  ██/██/1963 M
Med Rec #:  5909160
Physician:  Baquero , Jaime A MD
Financial #:  ████████████
Pt. Type:  A
Room/Bed:  Exam /
Admit/Disch:  01/26/2026 EST
             – 00/00/00

Order Sheet

Page 1 of 1

BayCare Laboratories

Print ID:  Williams , Brittney R
Print Date/Time: 01/26/26 12:29 EST



**BayCare**
Medical Group

## PROCEDURE INSTRUCTIONS
MIRALAX DR. BAQUERO

Procedure Date 02/04/26   Arrival Time 9:30 ᴬᴹ   Procedure Time 11:30 ᴬᴹ

Location of Procedure:
St. Joseph's Hospital South MAIN ENTRANCE
6901 Simmons Loop
Riverview, FL 33578
*** Hospital will call you with medication instructions and go over health history****

- You will be sedated for this procedure. You should arrange for a ride and for someone to be with you for several hours, until the effects of sedation wear off.
  ***NO TAXI/UBER RIDES HOME*******NO DRIVING FOR 24HRS AFTER

- THE PROCEDURE TIME MAY CHANGE THE HOSPITAL WILL CALL AND INFORM YOU OF ANY CHANGES

- The results of your procedure will be discussed with you after you recover from the sedation AND/OR at the time of your follow up visit by phone or by appointment.

- CONTINUE ASPIRIN 81 MG / HEART AND BLOOD PRESSURE MEDICATIONS, unless otherwise instructed.

- STOP ALL VITAMINS/SUPPLEMENTS 7 DAYS BEFORE PROCEDURE

- If you are taking (AMPHETAMINE AGENTS) DIET PILLS, PHEN PHEN, APPETITE SUPPRESSANTS you must stop 7 days prior to the procedure.

- Stop NSAID products such as ADVIL, MOTRIN, ALEVE, and IBUPROFEN for 7 days before the procedure. Take TYLENOL only.

- If you are in INSULIN, COUMADIN, PLAVIX, XARELTO, PRADAXA, BRILINTA, ELIQUIS OR systemic anticoagulation (Blood Thinners) your doctor will instruct you regarding changes to dosage and/or stopping.

Sent from my iPhone

